AO 440 (Rev. 06/12) Summons in a Civil Action

# United States District Court
SOUTHERN DISTRICT OF FLORIDA

MERCHANT CASH AND CAPITAL,
LLC, a Delaware Limited Liability
Company,

        Plaintiff,

v.

BIZFI SOLUTIONS LLC, a Florida Limited
Liability Company and RANDY SWEET,
an individual,

        Defendants.
_____/

Civil Action No.

16-cv-62459-JAL

## SUMMONS IN A CIVIL ACTION

To: **BIZFI SOLUTIONS, LLC**
**Randy Sweet, as Registered Agent**
**120 East Oakland Park Boulevard, Suite 105**
**Fort Lauderdale, Florida 33334**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Marissa D. Kelley, Esq.
        Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
        200 East Las Olas Boulevard – Suite 2100
        Fort Lauderdale, Florida 33301
        Phone: (954) 462-9500 | Fax: (954) 462-9567

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____10/19/2016_____

Steven M. Larimore
Clerk of Court

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

Case 0:16-cv-62459-JAL   Document 4   Entered on FLSD Docket 10/19/2016   Page 2 of 4

AO 440 (Rev. 06/12) Summons in a Civil Action

# United States District Court
SOUTHERN DISTRICT OF FLORIDA

MERCHANT CASH AND CAPITAL,
LLC, a Delaware Limited Liability
Company,

        Plaintiff,

v.

BIZFI SOLUTIONS LLC, a Florida Limited
Liability Company and RANDY SWEET,
an individual,

        Defendants.
_____/

Civil Action No.
16-cv-62459-JAL

## SUMMONS IN A CIVIL ACTION

To:  **RANDY SWEET**

    **Work:**    **Bizfi Solutions, LLC**
                  **120 East Oakland Park Boulevard, Suite 105**
                  **Fort Lauderdale, Florida 33334**

    **Home:**   **1690 34 Lane NE, Oakland, Florida 34760**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                  Marissa D. Kelley, Esq.
                  Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
                  200 East Las Olas Boulevard – Suite 2100
                  Fort Lauderdale, Florida  33301
                  Phone:  (954) 462-9500 | Fax:  (954) 462-9567

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10/19/2016

Steven M. Larimore
Clerk of Court

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts